# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RODERICK WILLIAMS**                                                                 **PETITIONER**
**ADC #111674**

### CASE NO. 4:20-CV-83-BRW-BD

**WENDY KELLEY, Secretary,**
**Arkansas Department of Correction**                                       **RESPONDENT**

### ORDER

I have reviewed the Recommended Disposition (Doc. No. 13) filed by Magistrate Judge Beth Deere and the timely objections. I have also performed a *de novo* review of the record. After careful consideration, I approve and adopt the Recommendation in all respects.

Accordingly, Mr. Williams's petition for writ of habeas corpus (Doc. No. 1) is DISMISSED, with prejudice.

IT IS SO ORDERED this 22nd day of June, 2020.

                                                                 <u>Billy Roy Wilson</u>_____
                                                                 UNITED STATES DISTRICT JUDGE