# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**RODERICK WILLIAMS**  **PETITIONER**
**ADC #111674**

**CASE NO. 4:20-CV-83-BRW-BD**

**WENDY KELLEY, Secretary,**
**Arkansas Department of Correction**  **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today, Roderick Williams's petition for writ of habeas corpus (Doc. No. 1) is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 22nd day of June, 2020.

                                                       Billy Roy Wilson_____
                                                       UNITED STATES DISTRICT JUDGE